Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED ☒   LODGED ___
RECEIVED ___   COPY ___

OCT 0 2 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of *Arizona*

_____ Division

*Barthinia Bates*

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*Daisy Education Corporation,
Fatih Karatas, Monroe Walker III,
and Sonoran Science Academy*

**Defendant(s)**
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   **CV24-02647-PHX-KML**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | *Barthinia Bates* |
| Street Address | *2001 N scottsdale Rd #2091* |
| City and County | *scottsdale - Maricopa* |
| State and Zip Code | *AZ 85257* |
| Telephone Number | *(714) 724-0500* |
| E-mail Address | *Fitnessbb8@gmail.com* |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

    Name — *Daisy Education Corporation*

    Job or Title *(if known)*

    Street Address — 1489 W Elliot Rd D-103

    City and County — Gilbert

    State and Zip Code — AZ 85233

    Telephone Number — 480-940-5440

    E-mail Address *(if known)*

Defendant No. 2

    Name — Fatih Karatas

    Job or Title *(if known)* — CEO

    Street Address — 1489 W Elliot Rd D-103

    City and County — Gilbert

    State and Zip Code — AZ 85233

    Telephone Number — 480-940-5440

    E-mail Address *(if known)* — fkaratas@sonoranschools.org

Defendant No. 3

    Name — Monroe Walker III

    Job or Title *(if known)* — Assistant Principal, Dean of Students

    Street Address — 3535 E McDowell Rd

    City and County — Phoenix / Maricopa County

    State and Zip Code — Phoenix AZ 85008

    Telephone Number — 602-244-9855

    E-mail Address *(if known)* — mwalker@sonoranschools.org

Defendant No. 4

    Name — Sonoran Science Academy

    Job or Title *(if known)*

    Street Address — 3535 E McDowell Rd

    City and County — Phoenix / Maricopa County

    State and Zip Code — AZ 85008

    Telephone Number — 602-244-9855

    E-mail Address *(if known)* — cmartin@sonoranschool.org

**C.** **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | *Sonoran Science Academy* |
| Street Address | *3535 E McDowell Rd* |
| City and County | *Phoenix - Maricopa* |
| State and Zip Code | *AZ 85257* |
| Telephone Number | *(602) - 244 - 9855* |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☒ Relevant state law *(specify, if known)*:
*13 - 2921, harrassment*

☒ Relevant city or county law *(specify, if known)*:
*~~Phoenix~~ Code R2 - 5A - 104,*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

   *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s) *June 9, 2023, June 12th, 2023; June 15th, 2023; June 17th 2023,*

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race          *African American*
- ☒ color         *Black*
- ☒ gender/sex    *female*
- ☐ religion      _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

   _____

E.   The facts of my case are as follows.  Attach additional pages if needed.

Page 4 of 6

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

**IV.    Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*June 25th, 2023*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*  *9-5-24*  .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Medical bill and pain ; suffering.*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *10-2-24*

Signature of Plaintiff   *[signature]*
Printed Name of Plaintiff   *BARTHINIA BATES*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

Barthinia Bates                          Charge No.: 540-2023-05332

June 20, 2024

**VIA EEOC PORTAL**
Maria Amarillas
Maria.armrillas@eeoc.gov

<u>**Bates v Daisy Education Corporation Charge**</u>
**No.: 540-2023-05332**

Dear Investigations:

I want to emphasize that I am representing myself. Below is my Position Statement in response to Daisy Education Corporation. Throughout this position statement, I will refer to Daisy Education Corporation as Sonoran Science Academy (SSA).

I am a victim of sex and race-based harassment by Assistant Principal Monroe Walker, who is currently employed by SSA. I gave actual knowledge of the sexual harassment during my time at SSA. A medical professional gave me the proper guide to hold SSA accountable.

I am deeply disturbed by the hostile experience I encountered at SSA, which has caused significant frustration and disruption in my daily life. It is crucial not to overlook such actions, particularly in an educational environment intended to be a safe space for employees and children. Both SSA and Mr. Walker must be held accountable for creating this hostile environment. Furthermore, it is worth noting that SSA claims all employees have undergone Title IX training. According to the training materials provided by Osborn Maledon Title IX (09-18-2020):

1. "Actual knowledge is notice of possible sexual harassment that has been provided to: A school's Title IX Coordinator; or any employee of the school. All of your employees should be trained to immediately report any conduct that might be sexual harassment to the Title IX Coordinator (page 11).

2. "A school that has actual knowledge of possible sexual harassment in a school program or activity must respond promptly and in a manner that is not deliberately indifferent (Page 7)."

I effectively communicated factual information to the SSA supervisor regarding the sexual and race-based harassment. I am confident in my ability to substantiate the SSA's awareness of this harassment.

<u>**FACTUAL BACKGROUND**</u>
    <u>**A. Barthinia Bates**</u>

Barthinia Bates                       Charge No.: 540-2023-05332

As a passionate advocate for education, I am Barthinia Bates, a Californian with a relentless drive for success. With two completed degrees under my belt, I am currently pursuing a Doctorate in Health Science, aiming to make a significant impact in the field. Proud to be one of the first three black women to earn a full athletic scholarship for the UCLA Women's Softball program, I bring a winning attitude to everything I do. Recognized as the female athlete of the year in both high school and at the collegiate level, I have experienced the rewards of dedication and hard work. Having thrived in competitive academic and athletic environments, I understand the value of self-discipline, perseverance, and professionalism. I take great pride in representing myself with the utmost integrity and determination.

### B. Sonoran Science Academy

I was offered a teaching position at Sonoran Science Academy for the 2023-2024 school year and signed a one-year contract. Recognizing the detrimental impact of teacher turnover on students, I engaged in a conversation with Mr. Walker, June 9th, 2023, regarding a higher offer I had received during the week of the Crisis Prevention Intervention (CPI) training. I expressed my commitment to finding the right balance of support and challenge at SSA and voiced my enjoyment of teaching and my eagerness to embrace the challenges in my first year of teaching. Despite the higher offer, I chose to stay at SSA as it aligns with my aspirations, and I am dedicated to the progress and well-being of my students.

### Exhibit A:

2975 W Linda Ln, Chandler, AZ 85224 AZ. There is surveillance inside and outside of the gymnasium.

### C. Forced Resignation

1. June 9, 2023 around 9:00AM –11:00 AM. The first incident I brushed off because I told myself I was over-analyzing the situation because of what the Crisis Prevention Intervention (CPI) training entailed. One the last day out of the two-day training Mr. Walker arrived late and sat next to me. I had my phone on the table and my phone was flipped over to where you could see the back of the phone face up. Mr. Walker says to me why do I have my phone flipped over. And how many men am I dating? When I replied he told me to whisper. I said I do not need to whisper you asked me a question.

Then, in this training we had to learn physical position to de-escalate students who may be endangered to themselves or others. In the training we are shown moves and practiced with a partner. Mr. Walker asked me to be his partner. Everything was fine. We learned multiple moves. I felt discomfort because there was a moment Mr. Walker pressed his lower body against me where I felt and noticed his chest on my back and penis on my buttocks. I dismissed it because it was physical activity learning to protect our personal space. I felt that I had to let it go.

Barthinia Bates                    Charge No.: 540-2023-05332

2.      June 12 or 13 of 2023, around 8:00AM – 8:30AM. Then sexual advances were direct and continued. I remember wearing my hair style positioned on the top of my head. Mr. Walker came into the classroom and gave announcements to students about fieldtrips and gave candy to the students who purchased it from his office that morning. As he was leaving the classroom he stopped at the door and gave me a compliment.

> Mr. Walker: "I like your hair"
> Ms. Bates: "Thanks"

He took a step to walk out the door then stopped to take a step backwards and quickly commented.

> Mr. Walker: "It would be great to grab a hold to when hitting it from the back".

As he is saying this, he has his head in the doorway, body positioned at angle, to where I can see: his left leg, left arm and partial right forearm. He then pushed his body slightly from the door entry way, to slightly bend his knees and starts thrusting his pelvis back and forth, looking down at his penis (smiled and laughed). It happened so quickly, my response was covering my eyes with my left hand and with my right hand, I extended it in front of me to block my vision of Mr. Walker's body. It all happened so quickly and that was my response, which was to block and not see it because it startled me, and I wanted it to stop. I was confused about what was happening; especially around the children.

**Exhibit B:** In one out of three surveillance videos, you will see I am sitting in the back of the classroom between the teachers' desk and the doorway. In the hallway leading into the classroom, the surveillance footage has two cameras pointed at Mr. Walker and the doorway of the classroom. One camera located in the right corner of the door to enter and exit the school and another camera located in the left corner above the classroom door, next door to the classroom I was in. The outside camera will show Mr. Walker pushing himself away from the wall to show a sexual action and facial expression.

**Exhibit C:**

> If there is audio in the principal office there should be audio found for at least one of the three cameras mentioned in this incident.

3.      The sexual harassment continued and intentional. I arrived at school June 15, 2023 around 7:50 AM got out of the car with Ms. Sneaux. In the parking lot a female teacher (Mrs. Alverez) approached me and said Mr. Walker wanted to talk with me. I was walking towards the office to locate him, and he walked towards me and stopped me between his black jeep and another vehicle in front of the school. As I am getting close to Mr. Walker, I made a comment to myself of being bit by a bug, as I am scratching my knee of Mr. Walker questioned me and said:

Barthinia Bates                              Charge No.: 540-2023-05332

> Mr. Walker: "Were you naked?"
> Ms. Bates: "What?"
> Mr. Walker: "Were you naked when you got bit?
> Ms. Bates: "What is your problem? You need to stop! Why would you say
>             something like that? Why is an assistant principle speaking like that?
> Mr. Walker: "I was just asking"

I showed frustration and discomfort with Mr. Walker and he saw I was irritated. He proceeded to ask me to use my personal vehicle to take staff to get additional transportation for that same day field trip. Later that day on the school field trip Mr. Walker threatened to hit me in the face with a ball. I was trying my best to avoid Mr. Walker at the field trip. I was very annoyed about the hostility because I spoke up about his behaviors and told him to stop. He was aggressive and wanted to harm me. Mr. Walker: "Ms. Bates I hope you play dodgeball so I can hit you in your face. Mr. Walker: (laughed and walked away). Threatening or intimating is ARS 13-1202 is a crime. ARS 13-1202. <u>Threatening or intimidating; classification:</u>

> A. A person commits threatening or intimidating if the person threatens or intimidates by word or conduct:

>> 1. To cause physical injury to another person or serious damage to the property of another; or

> B. Threatening or intimidating pursuant to subsection A, paragraph 1 or 2 is a class 1 misdemeanor, except that it is a class 6 felony if:

>> 1. The offense is committed in retaliation for a victim's either reporting criminal activity or being involved in an organization, other than a law enforcement agency, that is established for the purpose of reporting or preventing criminal activity.

> C. Threatening or intimidating pursuant to subsection A, paragraph 3 is a class 3 felony.

At the end of that school day, I headed to my car leaving with Ms. Sneaux to drop her off at home and on my way home. I got in and she told me don't forget to get my gas money from Mr. Walker because she knows he will forget. I got out of the car and went to his office to remind him and he said he would do it later. Ms. Martin office is located next to Mr. Walker office and both doors were open. She overheard. I was a little upset and she did text me to check in.

4.      The next few days, on June 17, 2023, I followed a text for compensation for using my personal vehicle to help the school. Mr. Walker changed his mind and said I must use my personal vehicle because it is in the job description. I became upset because I was fed up with Mr. Walker treatment because I did not allow the sexual harassment. That was the day I gave him actual knowledge. On that day, I made it clear to him that sexual harassment is not

Barthinia Bates                           Charge No.: 540-2023-05332

acceptable. I conveyed this to him through text, and when he called me, I reiterated it over the phone. I emphasized that making sexual jokes constitutes sexual harassment, and I reminded him that it is against company policy and the law. After conveying this, I hung up.

**Exhibit D:** (Call log and Text Message logs)

*13-2921. Harassment; classification; definition*

*A. A person commits harassment if the person knowingly and repeatedly commits an act or acts that harass another person or the person knowingly commits any one of the following acts in a manner that harasses:*

> *1. Contacts or causes a communication with another person by verbal, electronic, mechanical, telegraphic, telephonic or written means.*

*C. Harassment under subsection A is a class 1 misdemeanor. Harassment under subsection B is a class 5 felony.*

*E. For the purposes of this section, "harass" means conduct that is directed at a specific person and that would cause a reasonable person to be seriously alarmed, annoyed, humiliated or mentally distressed and the conduct in fact seriously alarms, annoys, humiliates or mentally distresses the person.*

5.      On June 22, 2023. On that date, less than a month after starting at Sonoran Science Academy, I shared with Ms. Sneaux what had happened with Mr. Walker and I told her I will not be coming back. She said I should speak up to Human Resources. She said Mr. Walker is known dates teachers at SSA. He lasted dated a tall white female, played volleyball (was currently teaching there at the time). She continued to say, female high school students told her Mr. Walker has texted about romantic relationship.

        June 22, 2023, I was experiencing intense head pains and it intensified towards the end of the day. I was complaining about my intense head pains to a teacher who was also a parent at SSA. The day is over, I am getting into my car with Ms. Sneaux. Ms. Sneaux encouraged me to speak up. I get out of my car to go into Ms. Martin office. I was not feeling well to speak up. I was ready to go home.

6.      June 24, 2023. My head pains persisted for 2 days after, sitting down with Ms. Martin. I spoke to my mother; she told me to go to the emergency room for help. The nurse did ask me a series of questions. One question she asked is if someone has sexual harassed or assaulted me in the past few days. My response was first tears, I cried and said yes. I shared what happened and the nurse advised me to speak to the social worker. The social worker encouraged me to report it. I had my mother, a teacher who worked at SSA and medical professions who supported me to speak up.

Barthinia Bates                        Charge No.: 540-2023-05332

**Exhibit E :** (Medical visit document)

**Conclusion**

I want to bring attention to the deteriorating work environment at SSA, which has had a detrimental impact on both my professional and personal life. This toxic atmosphere is not only affecting my job performance, but it's also taking a toll on my relationships and overall well-being. I reported a case of sexual harassment to a supervisor at SSA. Supervisors are expected to have years of experience and knowledge about company policy and laws.

When I voiced my concerns, I was threatened with physical violence, and mental health was disregarded. All the information I shared is factual, and there is visual evidence to support my decision to speak up about the hostile environment. Given these circumstances, Daisy's Education Corporation (SSA) and Mr. Walker should be held accountable. Both Mr. Walker and SSA failed to respond appropriately considering the situation. According to Adams & Maledon:

*All SSA employees are trained to promptly report any behavior that could constitute sexual harassment to the Title IX Coordinator. In addition, a K-12 school is considered to have knowledge of sexual harassment if any employee is aware (p. 11).*

*It's crucial for schools to take action upon receiving reports of sexual harassment (actual knowledge) or formal complaints. Any form of notification requires a response (p. 19).*

Sexual Harassment Police Report #:  23-963543
Victim Statement: Barthinia Bates

My first week at Sonoran Science Academy K-12, the Assistant Principal, Monroe Walker would be in the classroom often watching me during PE with the students and popping into Mrs. Alvarez room.

June 9th( around 10:00 AM), At the CPI training Mr. Walker and I partnered for physical movements. The instructor was critiquing us and **Mr. Walker decided to get closer to me and pressed his penis up against my butt. I did not think anything of it because we were doing physical movements.**

In the beginning of the second week of Summer camp as a teacher, June 12th - 15th, I experience sexual harassment by Mr. Walker: Mr. Walker came into the classroom (around 8:30 AM) where I was assisting another teacher, Jenifer Alvarez. Mr. Walker came in to share brief announcements and to deliver to a few students candy they'd purchased out of Mr. Walker office. **As Mr. Walker exited the door, I was near the door sitting at a desk in the back of the classroom and he walked backwards and gave me a compliment on my hair. Stating I like your hair, I said thank you. Then he proceeded to say it would be great to grab a hold on to and started to thrust his penis in a sexual motion.** I was shocked and shook my head at him, threw my hands up to stop. I was shocked by the lack of professionalism in a leadership role in a friendly environment where there are also cameras.

That same week Thursday, June 15th (8:00AM), the students had a field trip that was originally scheduled at one location but plans switched that morning. I arrived at school, Mrs. Alvarez greeted me and said Mr. Walker wanted to see me. I saw Mr. Walker by the parking lot near the entrance of the school. Mr. Walker was standing between his black jeep and another vehicle. **As I was walking over to him I was scratching the side of my knee. I made a comment "I think I have a bug bite"; as I got closer to Mr. Walker, Mr. Walker responded were you naked, I was appalled. I said what? He repeated were you were naked. I responded, What does that have to do with a bug bite? He stated I am just asking where you are naked. I said TMI (slang for too much information) and rolled my eyes at him.** Then he asked if I could drive two of the teachers in my personal car to get vans for a field trip. I said yes and walked to my personal vehicle.

When we got to the field trip located in Mesa. Mr. Walker came up to me with JR who is front office admin and Mr. Vanhook who is a para teacher right behind and following Mr. Walker. **Mr. Walker said to me, are you playing dodgeball, because I am going to smack you in the face with a ball and I was looking at him like he lost his damn mind. I said why would you hit me in my face and walked away.**

A lot of women and young children do not speak up about sexual harassment and assaults because Human Resources protects the company wrongs and the money for the company. I did file a police report June 24th, 2023 because I do not feel comfortable. I had to go to the emergency room June 24th because I was experiencing migraine for 3 days. For my well being, I will file an **Injunction Against Harassment** during my 30 days notice.

June 25th, 2023
Barthinia Bates

To Whom It May Concern,

I am a Substitute teacher who accepted a full time position in Phoenix at Sonoran Science Academy K-12. I interviewed back in March and experienced my first time with Sonoran Science Academy (SSA) June 5th- June 22nd as a summer school teacher. In the short amount of time at SSA, I experienced sexual jokes by the Assistant Principal and Discrimination by the Principal and Human Resources.

I feel that the HR is trying to intimidate me due to Principal Martin's frustration over the turnover rate. I received a higher offer from an old interview and asked her on my last day of summer school, if she wanted to review the offer. Principal Martin immediately said no does not want to see or match the offer and shared there will be a fine. In my time revealing the higher offer I never said the words quit or I am leaving. I got home and sent a 60 day notice and it was dismissed by Principal Martin and Jayne Wise Human Resource Director ( as if there was a time frame). I did not have access to a computer on the school's campus. The computer they issued had technical issues during the entire summer school session.

*June 22nd, 2023*
During the exchange of emails from HR and myself I angrily mentioned my sexual harassment. I was upset that Principal Martin was focused on making a paper trail of what I did not say and HR supported her claims and stated she will report me to the ADE (Arizona Department of Education). I was very frustrated because I assumed Principal Martin would understand financially making a decision that is best for me and my performance. I was under the impression Principal Martin would be excited for me financially. At SSA I received positive feedback about my performance from Staff,  the Principal and students.

When I mentioned the Sexual Harassment in an email, that was my first time. HR said she will not be able to investigate until July 10th because the school is out. I thought situations like that should be investigated immediately. My response to HR was I will give you my statement July 10th once you start investigating. She aggressively stated in the email I better do it immediately. I did ignore her because I was experiencing painful Migraines from Thursday morning , Friday, Saturday and  currently feeling a little better.

**June 23rd 2023**
I vomited that night and did not eat all day, just slept. I had to go to the emergency room Saturday June 24th because the migraines were unbearable. During my time as the doctors they asked me if I am scared or having trouble at home and I stated I lived alone, no. Then the next question by the nurse was did I experience harassment or assault. My response was  crying because I did not know how to address it. They did have me speak to a social worker and I was advised to make a police report to protect me because I mentioned to the social worker all the mishaps leading up to this point.

I am not pressing charges on the sexual harassment but I am documenting everything for my safety and well being. Please advise further.

Thank you,
Barthinia Bates

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/05/2024

To: Barthinia Bates
    2001 N Scottsdale Road 2091
    Scottsdale, AZ 85257
Charge No: 540-2023-05332

EEOC Representative and email:    Jeremy Yubeta
                                  Enforcement Manager
                                  jeremy.yubeta@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 540-2023-05332.

On behalf of the Commission,

Melinda Caraballo
District Director

**Cc:**
Robbin Nunez
Sonoran Schools
3535 E McDowell Rd
Phoenix, AZ 85008

Fatih Karatas
Sonoran Science Academy
3535 E McDowell Rd
Phoenix, AZ 85008

David C Potts
Jones, Skelton & Hochuli, P.L.C.
40 N CENTRAL AVE STE 2700
Phoenix, AZ 85004


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 540-2023-05332 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Rayford O. Irvin, 3300 North Central Avenue Suite 690, Phoenix, AZ 85012.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 540-2023-05332 to the District Director at Rayford O. Irvin, 3300 North Central Avenue Suite 690, Phoenix, AZ 85012.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.