```
                              FILED        LODGED
                              RECEIVED     COPY

                              NOV 22 2024

                              CLERK U S DISTRICT COURT
                              DISTRICT OF ARIZONA
                              BY                    DEPUTY
```

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Barthinia Bates

    Plaintiff(s)/Petitioner(s),

VS.

Daisy Education Corporation, et.al.,

    Defendant(s)/Respondent(s).

Case Number: CV-24-02647-PHX-KML

**CERTIFICATE OF SERVICE**

The undersigned certifies that I am fully qualified under ARCP 4(e) to serve process within the state of Arizona, and executed service in the manner described below:

Documents Served: **Order ,**

Service Upon: **Fatih Karatas**

Date of Service: **Tue, Oct 29 2024**    Time of Service: **01:35 PM**

Address of Service: **1489 W Elliot Road D-103, Gilbert, AZ 85233**

Manner of Service:

[X] By Serving **Fatih Karatas** in person.
[ ] Substitute, by serving _____, a person of suitable age and discretion who resides with _____ at the address of service.
[ ] By personally serving _____ who holds the position of _____
[ ] Other Service, As Detailed Below.
[ ] Non-Service for the Reasons Detailed Below.

Description: Age: 50; Ethnicity: Middle Eastern; Gender: Male; Weight: 180; Height: 5'10"; Hair: Gray; Other: Accent, salt and pepper beard;

I certify under penalty of perjury that the foregoing is true and correct.

_K Ghersini_ (signature)

Declarant: Kurie Ghersini
Registered in Maricopa County #7866
Executed on 11, 19 2024.
Arizona Quick Serve
9393 N 90th St Suite 121
Scottsdale, AZ 85258
480-314-5050
Job Number: 12073710

| Service | $55.00 |
|---|---|
| Mileage | $ — |
| Locate | $ — |
| Other | $ — |
| Total | $55.00 |