IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**Barthinia Bates**  Case Number: CV-24-02647-PHX-KML
    Plaintiff(s)/Petitioner(s),
VS.  CERTIFICATE OF SERVICE

**Daisy Education Corporation, et.al.,**
    Defendant(s)/Respondent(s).

The undersigned certifies that I am fully qualified under ARCP 4(e) to serve process within the state of Arizona, and executed service in the manner described below:

**Documents Served:** Order

**Service Upon:** Monroe Waller

**Date of Service:** Tue, Oct 29 2024      **Time of Service:** 03:57 PM

**Address of Service:** 3535 East Mcdowell Road, Phoenix, AZ 85008

**Manner of Service:**

[X] By Serving **Monroe Walker** in person.
[ ] Substitute, by serving _____, a person of suitable age and discretion who resides with _____ at the address of service.
[ ] By personally serving _____ who holds the position of _____
[ ] Other Service, As Detailed Below.
[ ] Non-Service for the Reasons Detailed Below.

**Description:** Age: 35; Ethnicity: African American; Gender: Male; Weight: 200; Height: 5'10"; Hair: Black;

I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*

**Declarant:** Seth Lane
Registered in Maricopa County #9087
Executed on 11, 19 2024.
Arizona Quick Serve
9393 N 90th St Suite 121
Scottsdale, AZ 85258
480-314-5050
Job Number: 12073730

FILED — LODGED
RECEIVED — COPY
NOV 22 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| Service | $85.00 |
| Mileage | $ — |
| Locate | $ — |
| Other | $ — |
| Total | $85.00 |