```
           FILED         LODGED
___ RECEIVED    ___ COPY
          NOV 2 2 2024
   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**Barthinia Bates**
                Plaintiff(s)/Petitioner(s),

VS.

**Daisy Education Corporation, et.al.,**
                Defendant(s)/Respondent(s).

Case Number: CV-24-02647-PHX-KML

**CERTIFICATE OF SERVICE**

The undersigned certifies that I am fully qualified under ARCP 4(e) to serve process within the state of Arizona, and executed service in the manner described below:

<u>Documents Served</u>: **Order ,**

<u>Service Upon</u>: **Daisy Education Corporation**

<u>Date of Service</u>: **Tue, Oct 29 2024**          Time of Service: **01:35 PM**

<u>Address of Service</u>: **1489 W Elliot Road D-103, Gilbert, AZ 85233**

<u>Manner of Service</u>:

☐ By Serving _____ in person.
☐ Substitute, by serving _____, a person of suitable age and discretion who resides with _____ at the address of service.
☒ By personally serving **Fatih Karatas** who holds the position of **Statutory agent**
☐ Other Service, As Detailed Below.
☐ Non-Service for the Reasons Detailed Below.

<u>Description</u>: Age: 50; Ethnicity: Middle Eastern; Gender: Male; Weight: 180; Height: 5'10"; Hair: Gray; Relationship: Statutory agent ;

I certify under penalty of perjury that the foregoing is true and correct.

_____
**Declarant: Kurie Ghersini**
**Registered in Maricopa County #7866**
**Executed on 11 , 19  2024.**
**Arizona Quick Serve**
**9393 N 90th St Suite 121**
**Scottsdale, AZ 85258**
**480-314-5050**
**Job Number: 12070490**

| Service | $ 55.00 |
|---|---|
| Mileage | $ — |
| Locate | $ — |
| Other | $ — |
| Total | $ 55.00 |