Your Name: Barthinia Bates
Address: 2001 N Scottsdale RD #209
City, State, Zip: Scottsdale, AZ 85257
Phone Number: (714) 724-0506

```
                    FILED   ___ LODGED
                ___ RECEIVED ___ COPY

                    JAN 07 2025

              CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
              BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Barthinia Bates,
          Plaintiff,

v.

Daisy Education Corporation, et al.,
          Defendant(s).

Case No: CV-24-02647-PHX-KML

**MOTION FOR EXTENSION OF TIME TO SERVICE SUMMONS AND COMPLAINT**

Plaintiff requests an extension of time to service summons and complaint. The date of deadline scheduled for January of 2025, but plantiff made an error in the proper documentation through first attempt.

Plaintiff is self-representing and takes full responsibly for the error. The plantiff assures the Honorable Court and Honorable Judge that this will not occur again. The plantiff apologize for any convenience this may cause to your time.

January 7, 2025

*[signature: Barthinia Bates]*