# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barthinia Bates, | No. CV-24-02647-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Daisy Education Corporation, et al., | |
| Defendants. | |

Plaintiff Barthinia Bates seeks an extension of time to complete service of process but does not identify how long of extension she seeks. The court grants an extension until February 14, 2025. If Bates requests additional time beyond that date, she must explain the basis for the delay in completing service.

**IT IS ORDERED** the Motion (Doc. 13) is **GRANTED**. Plaintiff shall complete service of process no later than **February 14, 2025**.

Dated this 9th day of January, 2025.

Honorable Krissa M. Lanham
United States District Judge