**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barthinia Bates, | No. CV-24-02647-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Daisy Education Corporation, et al., | |
| Defendants. | |

On February 26, 2025, the court ruled plaintiff Barthinia Bates could not pursue claims under a criminal statute or under a state regulation. (Doc. 22.) The court also dismissed defendants Monroe Walker II and Faith Karatas because neither could be held individually liable. But the court also concluded Bates could pursue "claims under Title VII for discrimination, retaliation, and hostile work environment against defendants Daisy Education Corporation and Sonoran Science Academy." (Doc. 22 at 4.)

On February 27, 2025, Bates filed three motions for reconsideration. (Doc. 23, 24, 25.) Those motions, which are substantially identical except for their attachments, state Bates has additional evidence she believes should be considered when evaluating her claims. It appears Bates may believe her entire case was dismissed. That is not accurate: her federal claims are proceeding. Bates may have an opportunity to present evidence supporting her surviving claims at some point in the future, but doing so at the current stage of the case is unnecessary and inappropriate. The motions for reconsideration are therefore denied to the extent Bates believes the court overlooked certain evidence.

1    Alternatively, Bates's motions may be seeking reconsideration of the dismissal of
2 her state-law claims and defendants. If that is Bates's intent, the motions for
3 reconsideration do not identify any error in the court's February 26 order.
4    As the case progresses, Bates should be aware that: (1) the Federal Rules of Civil
5 Procedure—not the Arizona Rules of Civil Procedure her motions cite—apply in federal
6 court; (2) she should work with defense counsel in the first instance to seek evidence
7 supporting her claims (and ensure it is preserved) instead of requesting the court issue
8 subpoenas; and (3) she should not file duplicative motions that differ only in their
9 attachments.
10    Accordingly,
11    **IT IS ORDERED** the Motions for Reconsideration (Doc. 23, 24, 25) are **DENIED**.
12    Dated this 4th day of March, 2025.

*[signature]*

Honorable Krissa M. Lanham
United States District Judge

- 2 -