David C. Potts, Bar #030550
Melynda M. Meyrick, Bar #039695
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4547
Fax: (602) 200-7829
dpotts@jshfirm.com

Attorneys for Defendants Daisy Education
Corporation and Sonoran Science Academy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Barthinia Bates,<br><br>      Plaintiff,<br><br>v.<br><br>Daisy Education Corporation; Faith Karatas; Monroe Walker III; and Sonoran Science Academy,<br><br>      Defendants. | No. 2:24-cv-02647-KML<br><br>**Defendants Daisy Education Corporation and Sonoran Science Academy's Corporate Disclosure Statement** |

    This Corporate Disclosure Statement is filed on behalf of Defendants Daisy Education Corporation and Sonoran Science Academy. In compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    The filing party hereby declares as follows:

  __ X __ No such corporation.

  _____ Party is a subsidiary corporation as listed below:

  _____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

  _____ Relationship _____

118170705.1

1 _____ Other (please explain).

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 5th day of March, 2025.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ David C. Potts*
David C. Potts
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Daisy Education Corporation and Sonoran Science Academy

2

118170705.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ *Gail Hardin*

118170705.1