**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barthinia Bates, | No. CV-24-02647-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Daisy Education Corporation, et al., | |
| Defendants. | |

On September 29, 2025, the parties filed a notice of discovery dispute. (Doc. 50.) In her portion of that filing plaintiff Barthinia Bates argues defendants have "denied" her discovery requests for "internal investigation records and all surveillance footage . . . without providing sufficient justification or clarity." (Doc. 50 at 2.) Defendants respond they have already produced to Bates all the video surveillance and "human resources documentation" in their possession. (Doc. 50 at 3.) Defendants also point out Bates has repeatedly referenced recordings in her possession, but she has refused to turn over those recording in response to defendants' discovery requests. (Doc. 50 at 3.)

When filing a discovery dispute, the court's procedures require the parties file "copies of the contested discovery requests (*e.g.*, copies of the interrogatories and responses)." (Doc. 45 at 5.) The parties did not do so and that failure complicates matters because the court cannot analyze the exact language of the discovery disputes and the exact language the other side used in responding. But assuming Bates sent proper discovery requests for videos and "investigation records," and further assuming defendants provided

1  proper responses indicating no additional responsive information exists, there is no action
2  for the court to take. The court cannot order a party to produce documents, recordings, or
3  any other discoverable material that does not exist.
4      As for defendants' argument that Bates has not produced all the recordings in her
5  possession, defendants represent they sent discovery requests covering those recordings.
6  Assuming that is accurate, Bates must either produce the recordings or indicate that no
7  such recordings exist. If Bates fails to produce recordings in her possession she will not be
8  allowed to use those recordings to support her claims.
9      **IT IS SO ORDERED**.
10     Dated this 1st day of October, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge